

**ORDERED in the Southern District of Florida on May 02, 2008.**

_____
**Paul G. Hyman, Chief Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 07-20281-BKC-PGH |
| GARY J. GROSS, | CHAPTER 7 |
| Debtor. | |
| _____/ | |
| ANDREW MILTENBERG, | ADV. CASE NO. 08-01141-BKC-PGH |
| Plaintiff, | |
| Vs. | |
| GARY J. GROSS, | |
| Defendant. | |
| _____/ | |

**CONSENT FINAL JUDGMENT**

In accordance with the settlement agreement between the parties, including the acknowledgment and agreement that the Defendant/Debtor, Gary J. Gross, consents to entry of this judgment in light of the cost and expense of trial and without any admission of liability, it is:

**ORDERD AND ADJUGED** that:

{Bankruptcy\6440\0001/M0535980 v.1; 4/21/2008 11:24 AM}

1. Judgment is entered in favor of Plaintiff, Andrew T. Miltenberg, whose address is 363 7th Ave., 5th Floor, New York, NY 10001, and against Defendant/Debtor, Gary J. Gross, whose address is 17875 Deauville Lane, Boca Raton, FL 33496, in the amount of $395,000.00 (the "**Judgment Debt**") for which sum let execution issue.

2. Judgment Debt is excepted from discharge pursuant to 11 U.S.C. §523(a)(2)(A), (a)(4), and (a)(19).

3. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. §1961, and the Judgment shall be enforceable in accordance with Federal Rule of Civil Procedure 69(a).

### 

**SUBMITTED BY:**
Eyal Berger, Esq.
201 S. Biscayne Blvd., Suite 1700
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

Copy to: Eyal Berger, Esq., 201 S. Biscayne Blvd, 17th Floor, Miami, FL 33131
[Attorney Berger is directed to serve a copy of this Order upon all interested parties.]